LAW OFFICE OF
# NATHANIEL B. SMITH
ATTORNEY AT LAW
225 BROADWAY-SUITE 1901
NEW YORK, NEW YORK 10007

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-656-1090

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
Federal Building and Courthouse
300 Quarropas Street – Room 530
White Plains, New York 10601

> Application granted. The order and stipulation will be separately docketed.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 28, 2025

*McDonald v. City of Peekskill, et al.,*
7:25-cv-5385-PMH

Dear Judge Halpern:

    I am the attorney of record for the plaintiff in the above-referenced action, which was commenced by filing the Complaint on June 27, 2025. (ECF Doc. # 1). Since then, I have been in contact with counsel for the defendants, and we have entered into a stipulation in which the defendants' counsel has acknowledge service of process and agrees to answer or otherwise respond to the Complaint by September 17, 2025. Accordingly, on behalf of the parties, I am writing to the Court on consent to request the Court's approval to the proposed order, which accompanies the stipulation. This is the first time the parties have made this request to the Court.

                                            Respectfully submitted,

                                            Nathaniel B. Smith

Via ECF

cc: Richard K. Zuckerman, Esq.
    Kean & Beane, P.C.
    Attorney for Defendants
    rzuckerman@kblaw.com